IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   06-cv-00272-LTB-MEH

LAWRENCE L. MORROW,

       Plaintiffs,

v.

COUNTRYWIDE HOME LOANS, INC.,
BANK OF NEW YORK, and
PUBLIC TRUSTEE OF BOULDER COUNTY, COLORADO,

       Defendants.

_____

ORDER
_____

Upon Defendant Countrywide Home Loans, Inc.'s Motion for Entry of Judgment (Doc #13 - filed September 19, 2006) is **GRANTED**.  The Clerk of the Court shall enter judgment in this matter in favor of Defendant, Countrywide Home Loans, Inc., and against Plaintiff, Lawrence L. Morrow, in the amount of $8,174.00, with interest to accrue at eight percent (8%) per annum, from the date of judgment, pursuant to C.R.S. § 5-12-102.

BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED: September 20, 2006